Exhibit A

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "BIG WET BRAZILIAN ASSES 7," Copyright Reg. No. PA0001745329

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.15.17.74 | 2012-01-17 21:14:28 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 2 | 108.22.248.247 | 2012-01-16 00:44:36 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 3 | 108.28.102.174 | 2012-01-21 15:08:36 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 4 | 108.28.109.242 | 2012-03-25 05:46:47 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 5 | 108.28.82.175 | 2012-02-29 11:56:10 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 6 | 108.3.149.130 | 2012-03-10 02:38:35 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 7 | 108.3.188.98 | 2012-01-27 08:58:25 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 8 | 108.48.35.52 | 2012-03-19 16:07:24 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 9 | 108.56.250.224 | 2012-02-23 05:30:32 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 10 | 173.66.137.166 | 2012-01-30 19:22:58 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 11 | 173.66.139.111 | 2012-02-16 16:29:44 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 12 | 173.66.236.254 | 2012-03-22 13:57:23 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 13 | 173.66.38.109 | 2012-03-24 17:11:40 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 14 | 173.67.1.73 | 2012-01-23 14:46:00 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 15 | 173.69.170.136 | 2012-03-26 19:10:26 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 16 | 173.69.178.97 | 2012-02-28 00:59:44 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 17 | 173.69.204.39 | 2012-01-22 19:57:36 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 18 | 173.73.178.233 | 2012-01-23 17:13:42 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 19 | 173.73.179.62 | 2012-02-10 21:10:43 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 20 | 173.73.190.68 | 2012-02-13 15:06:14 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 21 | 173.73.39.19 | 2012-02-20 00:59:09 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 22 | 173.79.229.107 | 2012-01-20 13:24:19 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 23 | 173.79.40.92 | 2012-03-13 00:59:48 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 24 | 173.79.60.168 | 2012-01-23 18:26:16 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 25 | 173.79.66.227 | 2012-01-16 02:11:13 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 26 | 173.79.99.106 | 2012-03-02 05:05:13 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 27 | 216.36.28.234 | 2012-01-29 20:46:02 -0500 | MetroCast Cablevision | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |

| Doe 28 | 24.126.65.198 | 2012-01-24 08:50:37 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
|---|---|---|---|---|---|
| Doe 29 | 68.33.115.66 | 2012-02-23 09:51:24 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 30 | 68.33.151.245 | 2012-02-24 15:09:26 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 31 | 68.33.209.33 | 2012-03-04 16:42:50 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 32 | 68.33.210.103 | 2012-02-27 18:43:34 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 33 | 68.48.198.74 | 2012-01-22 21:05:34 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 34 | 68.48.255.68 | 2012-03-26 04:55:10 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 35 | 68.49.161.18 | 2012-03-25 19:11:34 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 36 | 68.49.194.65 | 2012-03-06 00:59:42 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 37 | 68.49.201.169 | 2012-02-25 00:22:51 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 38 | 68.50.181.96 | 2012-03-18 20:19:16 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 39 | 68.50.213.10 | 2012-02-13 11:14:54 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 40 | 68.55.24.238 | 2012-02-25 21:34:14 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 41 | 69.138.249.143 | 2012-03-16 09:09:23 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 42 | 69.140.188.165 | 2012-02-17 09:11:04 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 43 | 69.143.250.147 | 2012-03-01 20:07:34 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 44 | 69.250.109.28 | 2012-02-23 00:59:44 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 45 | 69.251.147.206 | 2012-03-23 11:54:24 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 46 | 69.251.192.126 | 2012-03-14 00:44:53 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 47 | 69.251.37.37 | 2012-01-21 03:02:45 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 48 | 69.255.112.193 | 2012-01-29 17:05:06 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 49 | 70.109.71.27 | 2012-01-16 23:35:11 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 50 | 71.126.169.153 | 2012-02-25 02:20:59 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 51 | 71.163.101.219 | 2012-02-02 07:21:13 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 52 | 71.166.59.106 | 2012-03-19 19:40:36 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 53 | 71.191.155.214 | 2012-03-17 00:59:51 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 54 | 72.66.19.177 | 2012-01-17 20:56:14 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 55 | 72.83.62.184 | 2012-02-22 21:04:28 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 56 | 74.96.153.70 | 2012-01-16 00:58:31 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 57 | 76.106.64.38 | 2012-03-25 19:39:46 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 58 | 76.111.105.168 | 2012-01-20 15:11:30 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 59 | 76.111.14.111 | 2012-01-28 23:13:23 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 60 | 76.114.226.139 | 2012-02-29 02:15:31 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 61 | 76.21.166.189 | 2012-03-21 19:05:30 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 62 | 96.231.200.22 | 2012-02-28 04:56:15 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 63 | 96.241.71.37 | 2012-01-30 02:21:03 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |

| Doe 64 | 96.244.93.41 | 2012-02-04 09:47:18 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 65 | 96.255.47.124 | 2012-02-01 22:48:01 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 66 | 98.233.112.117 | 2012-02-19 21:07:44 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 67 | 98.233.51.115 | 2012-03-24 15:13:28 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |