UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICK COLLINS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>[sealed Defendant] )<br>)<br>Defendant. ) | Civil Action No. 12-cv-1294-JFM |

**[PROPOSED] ORDER ON ENLARGEMENT OF TIME TO SERVE DEFENDANT**

The Court, having reviewed Plaintiff's Application for Enlargement of Time to Serve Defendant and good cause appearing therefore, hereby **grants** Plaintiff's Application, and orders as follows:

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for Plaintiff to serve defendant with summons and the complaint is extended by 30 days from the date of this Order.

**SO ORDERED** this ___ day of _____, 2012.

_____
United States District Judge